United States Bankruptcy Court
District of Puerto Rico
In the matter of Peter Robinson López
Debtor

Puerto Rico Farm Credit, ACA
movant
                                              Case no
Peter F. Robinson López              94-04037
                                              BKT
Respondents

'10 MAR 25 PM 1:07
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

RECEIVED AND FILED

Motion

I maria M. Lopez Vda
Mother of the deceased son.
That money belong to me
I am needing it badly
I hope to get back the
$16, $16,004 I hope
to God will help me
since this true and not
but the truth.

Dirección Postal

787-760-2764 Tel.

María M. López López
V. de D. Roldán

Calle Urquidez 572
Int. Alto PR 00976
2714

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

### DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

### REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)
### CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

| Numero de Area | Año | Numero de Registro | Numero de Certificado | | Numero de Defuncion |
|---|---|---|---|---|---|
| 152 | 1998 | 0272 | 3623 | 3918-98 | 22838 |

**1. Lugar de Defunción:** a. Municipio: Rio Piedras — b. Barrio: — c. Lugar: Hospital (Se Ignora) — d. Si en Hospital u Otro Sitio: Carr # 176 (Interior auto) — e. Tiempo de Estadia: Se Ignora

**2. Residencia Habitual del Fallecido:** a. Municipio: Trujillo Alto, P.R — c. Barrio: Round [Hills] — e. Urbana — f. Dirección: Calle Orquidia # 572

**3. Nombre y apellidos del fallecido:** PETER FREDERICK ROBINSON LOPEZ

**4. Hora y Fecha de la Defunción:** A.M. — Oct 23 1998

**5. Sexo:** Varon — **6.a. Estado Civil:** Casado — **6.b. Nombre del Conyuge:** Igdalia Nuñez Melendez — **7. Fecha de Nacimiento:** Oct 23 1953 — **8. Edad:** 45 — **9. Ultimo grado escolar:** 2

**10.a. Ocupación Habitual:** Soldado — **10.b. Clase de Industria:** Ejercito — **10.c. Fecha último trabajo:** 1981 — **10.d. Años:** 15 Años — **11. Natural de:** Arecibo, P.R — **12. Ciudadano de:** EUA — **13. Tiempo de Residencia en Puerto Rico:** 45 Años

**14. Nombre y apellidos del Padre:** Vance Le Roy Robinson — **14.a. Natural de:** Ramson, Kansas — **15. Nombre y apellidos de soltera de Madre:** Maria Lopez Lopez — **15.a. Natural de:** P.R

**16. ¿Perteneció el Fallecido a las Fuerzas Armadas?:** Si — **18. Informante:** Maria Lopez Lopez — **18.d. Dirección:** Calle Orquidia 572 - Round Hills, Trujillo Alto — **18.e. Relación:** Madre

**20. CAUSA DE MUERTE:** 
a. LACERACION Y PERFORACION DE ORGANOS
b. HERIDAS DE BALA

**23. ¿Se practicó Autopsia?:** Si — **24. Institución:** IC.F

**27.a. Tipo de muerte:** Homicidio — **27.b. Lugar donde ocurrió la lesión:** interior auto — **Fecha de lesión:** Oct 23 1998

**29.a. Médico que Certifica:** Francisco Cortes MD — **29.b. Número de Licencia:** 7698 — **29.c. Dirección:** IC.F — **29.d. Fecha:** Oct 23 1998

**30. Enterramiento:** Cremación — **Fecha:** Oct 23 1998 — **30.c. Nombre del crematorio:** Celestium crematory — **30.d. Dirección:** Carolina, P.R

**31.** Rio Piedras, P.R — **33. Color o Raza:** Blanco — **Fecha del Registro:** NOVIEMBRE 20 1998



ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)



DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



*Dando Sa[lud] a tu Vida.*

**ADVERTENCIA:** Cualquier alteracion o borradura cancela esta certificacion.

**WARNING:** Any alteration or erasure voids this certification.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL SUPREMO
OFICINA DE LA DIRECTORA DE INSPECCION DE NOTARIAS
SAN JUAN, PUERTO RICO

REGISTRO DE TESTAMENTOS

CERTIFICACION NEGATIVA

Yo, LCDA. CARMEN H. CARLOS, Directora de Inspeccion de Notarias del Tribunal Supremo De Puerto Rico, a tenor con las disposiciones del Articulo 74 de la Ley Notarial numero 75 de 2 de julio de 1987, (4LPRA 2124).

CERTIFICO: Que del Registro de Testamentos que se lleva en esta oficina no aparece que: PETER FREDERICK ROBINSON LOPEZ..............

..............................................................

..............................................................

..............................................................

de quien se suministra informacion en la solicitud que da origen a este certificado, haya otorgado testamento alguno.

En testimonio de lo cual y a peticion DE LA SRA. MARIA M. LOPEZ LOPEZ

..............................................................

..............................................................

expido la presente

DERECHOS CANCELADOS

San Juan, Puerto Rico
A:10 de mayo de 2005

Directora de Inspeccion de Notarias
Tribunal Supremo de Puerto Rico

Num. 2005-015625                     Por: _____
                                          Oficial Autorizado