IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PETER F. ROBINSON LOPEZ

XXX-XX-4427

Debtor(s)

CASE NO. 94-04037 BKT

Chapter 13

FILED & ENTERED ON 05/25/2010

**ORDER**

The motion to withdraw unclaimed funds filed by Maria M. Lopez Lopez (docket #87) is hereby denied without prejudice to present a Declaration of the Successors of the Deceased.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25 day of May, 2010.

Brian K. Tester
U.S. Bankruptcy Judge